FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 0 7 2025
PER ___ JBL ___
DEPUTY CLERK

(1) Darrell Jesse Rivera   111844
(Name of Plaintiff)   (Inmate Number)
501 Mall Road   Harrisburg, Pa 17111-1299
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

1:25cv1463
(Case Number)

vs.

(1) Adam Voneida
(2) Nina Maus
(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

(2025) Rivera v. Firetree Capital Pavilion #1:25-CV-1076 Caraballo, M.

_____

_____

_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: This civil complaint is not against the prison or an administrative issue

## III. DEFENDANTS

(1) Name of first defendant: Adam Voneida
Employed as Parole Agent at Dauphin County Parole Office
Mailing address: 1130 Herr St. Harrisburg, Pa. 17103
(2) Name of second defendant: Nina Maus
Employed as Police Officer at Harrisburg Bureau of Police
Mailing address: 123 Walnut St. #217 Harrisburg, Pa. 17101
(3) Name of third defendant: ___
Employed as ___ at ___
Mailing address: ___
(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. *Please see attached sheet for Statement of Claim

- Statement of Claim -

IV. On Sept. 18th, 2024 Parole Agent Adam Voneida along with other agents under the guise of a compliance check entered the Firetree Capital Pavilion in Harrisburg, Pa. and seemingly targeted individual residents with S.O. offenses in a militaristic fashion. Parole Agent Voneida forcibly searched my phone and it's contents by having me unlock my phone by way of intimidation. Agent Voneida was never my parole officer to be in contact with and he was never introduced to me to be my current or future parole officer.

My phone was confiscated that very evening. Then and only then did my assigned parole officer appear after the search. My assigned P.O. was Amy Hertzog.

On Sept. 20th, 2024 I was arrested at the Firetree Capital Pavilion on a parole violation and taken to Dauphin County Prison. I am then served a search warrant signed, sealed, and dated Sept. 26th, 2024... six (6) days after my arrest with the Affiants signature being Nina Maus of the Harrisburg Bureau of Police.

My progress of attending programs and integrating back into society along with the loss of my employment has been a huge setback that serves no possitive purpose. I have suffered emotional distress that includes depression, anxiety, and PTSD because of both defendants actions.

2. _____

3. _____

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I'm demanding compensation from this civil action lawsuit to be upheld against Parole agent Adam Voneida in his official capacity and in his individual capacity.

2. I'm also demanding compensation from this same civil action lawsuit to be upheld against Police officer Nina Maus in her official capacity and in her individual capacity.

3. In total, I'm demanding monetary relief in the amount of $150,000

3

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4th__ day of __August__, 20__25__.

_____
(Signature of Plaintiff)

4

NAME: Darrell Rivera
D.C.P. # 111844
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

HARRISBURG PA 171
4 AUG 2025 PM 3 L

US POSTAGE IMI PITNEY BOWES
ZIP 17111
02 7H
0006226490    $ 000.74⁰
              AUG 04 2025

United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street, Suite 101
Harrisburg, Pa. 17102

RECEIVED
HARRISBURG, PA
AUG 07 2025
PER ___IBZ___
DEPUTY CLERK

17102-110999